Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: McLAUGHLIN, J.

---

In the Matter of the Application of CITY OF MOUNT VERNON, Respondent, *v.* NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.

*Railroads — municipal corporations — apportionment of expense of constructing overhead crossing.*

*Matter of City of Mt. Vernon* v. *N. Y., N. H. & H. R. R. Co.*, 208 App. Div. 738, affirmed.

(Argued February 24, 1925; decided March 5, 1925.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 15, 1924, which modified and affirmed as modified an order of Special Term confirming the report of a referee in a proceeding under section 94 of the Railroad Law to determine the apportionment of the expense of construction of an overhead crossing over the right of way of the defendant railroad in the city of Mount Vernon.

*Isaac N. Mills* and *Charles M. Sheafe, Jr.,* for appellant.

*Hugh M. Hewson* and *Alonzo C. Lowenstein* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, ANDREWS and LEHMAN, JJ.; HISCOCK, Ch. J., not voting; CRANE, J., votes to dismiss appeal; McLAUGHLIN, J., absent.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. VILLAGE OF BROWNVILLE, Appellant, *v.* PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK et al., Respondents.

*Constitutional law — railroads — constitutionality of chapters 134 and 335 of the Laws of 1921 amending Public Service Commissions Law relative to regulation of railway fares.*

*Matter of Vil. of Brownville* v. *Pub. Service Comm.*, 209 App. Div. 640, affirmed.

(Argued February 24, 1925; decided March 5, 1925.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered

May 6, 1924, which affirmed, on certiorari, an order of the Public Service Commission regulating rates of fare on the New York and Black River Traction Company under section 49 of the Public Service Commissions Law, as amended by chapters 134 and 335 of the Laws of 1921, since repealed, whereby a provision was inserted authorizing the regulation of fares by the Public Service Commission " notwithstanding that a higher * * * rate, fare or charge has been " heretofore prescribed by general or special statute, contract, " grant, franchise, condition, consent or other agreement." · The petitioner contended that said amendment was unconstitutional.

*Nathaniel F. Breen* for appellant.

*Henry J. Kimball* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: MCLAUGHLIN, J.

----

In the Matter of the Application of JEANNIE B. TRULL, as Executrix of WILLIAM C. TRULL, Deceased, Respondent, for a Peremptory Writ of Mandamus against JOHN P. O'BRIEN, as Corporation Counsel of the City of New York.

GEORGE P. NICHOLSON, as Corporation Counsel of the City of New York, Appellant.

*New York city — street closing — mandamus to compel institution of proceedings to ascertain damage to property owners.*

*Matter of Trull* v. *O'Brien,* 210 App. Div. 628, affirmed.

(Argued February 24, 1925; decided March 5, 1925.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 14, 1924, which affirmed an order of Special Term granting a motion for a peremptory order of mandamus to compel the corporation counsel of the city of New York to institute proceedings pursuant to chapter 1006 of the Laws of 1895 to ascertain the compensation due to the petitioner by reason of the closing of Old Gun Hill road in the borough of The Bronx.